## CHURCH v. BELLAMY.

A PLEA in abatement, that errors in law, and errors in fact, were joined in the same writ, was offered the second term, to a writ of error.

It was objected, that the plea came too late.   But,

By the COURT.   There is no rule settled respecting pleas in abatement to writs of error.   The practice hath been to

admit them within the rule of other pleas, and the plea now offered is in nature of a demurrer; — it is therefore admissible.